IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT WAYNE HAUG and ANITA HAUG,<br> Plaintiffs,<br><br>v.<br><br>COUNTY OF STARKE,<br> Defendant. | )<br>)<br>)<br>)<br>)   CASE NO.<br>)<br>)<br>) |

## COMPLAINT

Plaintiffs, Robert Wayne Haug and Anita Haug (hereinafter collectively, "the Haugs"), by counsel, and for their Complaint against County of Starke states as follows:

### Parties

1. The Haugs are residents of Linn County, Iowa.

2. County of Starke ("Starke County") is organized as a governmental unit, located in the Northern District of Indiana.

### Jurisdiction and Venue

3. The Haugs' claims against Starke County arise under 42 U.S.C. § 1983, the United States Constitution, and the Indiana Constitution.

4. The real property is located in Starke County, Indiana.

5. The actions of Starke County giving rise to the instant claims took place in Starke County, Indiana.

6. Jurisdiction is established by 28 U.S.C. §§ 1331, 1343, and 1367.

## Factual Background

7. On or about July 18, 2016, the Haugs purchased real property located at 8025 North Tippecanoe Drive, Walkerton, Indiana 46574, in Starke County, Indiana (hereinafter "the Property").

8. At the time of the purchase, the Property was valuable lakefront property, running adjacent to Koontz Lake.

9. At the time of the purchase, no parcel, easement, or other encumbrance existed between the Property and Koontz Lake.

10. On or about Summer 2021, Starke County began placing and/or moving sand directly along the lake where the Property had previously connected to Koontz Lake.

11. On or about Summer 2021, Starke County also removed/destroyed grass along the frontage of the Property adjacent to Koontz Lake.

12. On or about July 2022, Starke County began daily raking activity removing portions of the grass from the Property near the waterline.

13. On or about September 2022, Starke County tilled the ground along the waterline of the Property, further destroying the grass along the waterline.

14. On or about September 2022, Starke County began advertising the area which had now been built up by artificially deposited sand as "Kramer Beach" via a physical sign placed on that newly built area.

15. On or about February 2023, Starke County placed signs on Highway 23 advertising Kramer Beach more broadly to the public.

16. On or about April 2023, Starke County moved a guardrail, limiting access and use of the pre-existing gate to the lower portion of the Property.

17. Previous to the aforementioned actions, no public beach existed between the Property and Koontz Lake.

18. As a direct result of Starke County's actions, the Haugs have been deprived of a substantial amount of the value of their property by both losing its status as a beachfront property and by the addition of a public beach directly adjacent to their backyard.

### Count I – Violation of the Fifth Amendment to the U.S. Constitution and Article 1, Section 21 of the Indiana Constitution

19. The Fifth Amendment to the U.S. Constitution prevents the taking of private property for public use without just compensation.

20. Article 1, Section 21 of the Indiana Constitution requires state actors pay just compensation to private parties when a property interest is taken by a state actor.

21. The actions of Starke County in removing the lakefront previously enjoyed by the Haugs and artificially creating a public beach in its place constitute a "taking" of the Property without just compensation.

22. The Haugs suffered and continue to suffer harm proximately caused by Starke County's violation of these rights provided under the U.S. Constitution and the Indiana Constitution.

WHEREFORE, the Haugs pray for a judgment commensurate with their damages, for attorney fees, pre-judgment interest, and costs, and for all other relief this Honorable Court should find just and proper.

Respectfully submitted,

/s/ Scott Seville
Scott Seville, #36075-45
ROBBINS AND SEVILLE, LLC

714 N. Main St.
Crown Point, IN 46307
o 219.779.9952 | m 219.779.9359
scott.seville@roseattorneys.com
*An Attorney for Plaintiffs*