| | | | | |
|---|---|---|---|---|
| 75-03-01-303-135.000-009 | Haug Robert W & Anita K | 8025 N TIPPECANOE DR | 510, 1 Family Dwell - Platted Lot | Koontz Lake - E. Lakefront  1/2 |

## General Information

**Parcel Number**
75-03-01-303-135.000-009

**Local Parcel Number**
010-02534-00

**Tax ID:**

**Routing Number**
080

**Property Class** 510
1 Family Dwell - Platted Lot

**Year:** 2023

## Location Information

**County**
Starke

**Township**
OREGON TOWNSHIP

**District** 009  (Local 010)
OREGON TOWNSHIP

**School Corp** 7495
OREGON-DAVIS

**Neighborhood** 302-009
Koontz Lake - E. Lakefront & South

**Section/Plat**

**Location Address (1)**
8025 N TIPPECANOE DR
WALKERTON, IN 46574

**Zoning**

**Subdivision**

**Lot**

**Market Model**
100

## Characteristics

**Topography**  **Flood Hazard**
Level                      ☐

**Public Utilities**  **ERA**
Sewer, Gas, Electricity   ☐

**Streets or Roads**  **TIF**
Paved                      ☐

**Neighborhood Life Cycle Stage**
Static

Printed  Wednesday, April 05, 2023
**Review Group** 2023

## Ownership

Haug Robert W & Anita K
590 Elbow Creek Rd
Mount Vernon, IA 52314

### Legal
Kochs N Shore Lots 15-17

### Transfer of Ownership

| Date | Owner | Doc ID | Code | Book/Page | Adj Sale Price | V/I |
|---|---|---|---|---|---|---|
| 07/27/2016 | Haug Robert W & Anit | 2016002236 | TD | / | $82,500 | I |
| 03/18/2015 | Muschwitz Bernard & | 2015000729 | QC | / | $0 | I |
| 01/17/2006 | Muschwitz Bernard & | | WR | / | $150,000 | I |
| 08/03/2004 | BLOHM ERIC S & KIM | | WR | / | $150,010 | I |
| 01/01/1900 | MC BAY ANTHONY & | | WR | / | $0 | I |

Res

### Valuation Records (Work In Progress values are not certified values and are subject to change)

| | Assessment Year | 2023 | 2022 | 2021 | 2021 | 2020 |
|---|---|---|---|---|---|---|
| 2023 | | | | | | |
| WIP | Reason For Change | Cyc Reval | Trending | CE/133 | Trending | CE/133 |
| 01/30/2023 | As Of Date | 01/01/2023 | 01/01/2022 | 01/01/2021 | 01/01/2021 | 01/01/2020 |
| Indiana Cost Mod | Valuation Method | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod |
| 1.0000 | Equalization Factor | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| | Notice Required | ☐ | ☐ | ☑ | ☐ | ☑ |
| **$136,900** | Land | **$136,900** | **$130,200** | **$124,000** | **$138,500** | **$124,000** |
| $136,900 | Land Res (1) | $136,900 | $130,200 | $124,000 | $138,500 | $124,000 |
| $0 | Land Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| $0 | Land Non Res (3) | $0 | $0 | $0 | $0 | $0 |
| **$467,000** | Improvement | **$467,000** | **$414,600** | **$312,700** | **$355,500** | **$255,800** |
| $467,000 | Imp Res (1) | $467,000 | $414,600 | $312,700 | $355,500 | $255,800 |
| $0 | Imp Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| $0 | Imp Non Res (3) | $0 | $0 | $0 | $0 | $0 |
| **$603,900** | Total | **$603,900** | **$544,800** | **$436,700** | **$494,000** | **$379,800** |
| $603,900 | Total Res (1) | $603,900 | $544,800 | $436,700 | $494,000 | $379,800 |
| $0 | Total Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| $0 | Total Non Res (3) | $0 | $0 | $0 | $0 | $0 |

### Land Data (Standard Depth: Res 200', CI 200'   Base Lot: Res 100' X 200', CI 100' X 200')

| Land Type | Pricing Method | Soil ID | Act Front. | Size | Factor | Rate | Adj. Rate | Ext. Value | Infl. % | Res Elig % | Market Factor | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | F | | 60 | 70x160 | 0.92 | $2,125 | $1,955 | $136,850 | 0% | 100% | 1.0000 | $136,850 |

**Data Source** Estimated   **Collector** 10/23/2019 TAS   **Appraiser** 04/26/2022 TAS

## Notes

**2/23/2022 CE:**  Corrected valuation per neighborhood change for 2019 thru 2021.  (change amounted to a charge-on for 2019 only).

**2/23/2022 22GI:**  Discovered parcel was classified in wrong neighborhood.  Corrected to 302-009.

**11/16/2021 22NC:**  Dwlg 100%.

**9/30/2020 21AC:**  Added onto rear Wddk (300sf). Dwlg 95% for 1/1/21.

**11/4/2019 20AC:**  Dwlg 85% for 1-1-2020.

**11/20/2018 19AC:**  Added front OFP, rerar upper WDDK BALC and CONCP. Est 82% for 1/1/2019.

**12/28/2017 18NC:**  Added Heckman Homes modular. Permit 20170417. Est 84% complete.

**8/22/2017 18DP:**  Final section of dwlg removed.

**1/4/2017 17DP:**  Removed dwlg except for a 10x10 section as of 1/1/17.

## Land Computations

| | |
|---|---|
| Calculated Acreage | 0.26 |
| Actual Frontage | 60 |
| Developer Discount | ☐ |
| Parcel Acreage | 0.00 |
| 81 Legal Drain NV | 0.00 |
| 82 Public Roads NV | 0.00 |
| 83 UT Towers NV | 0.00 |
| 9 Homesite | 0.00 |
| 91/92 Acres | 0.00 |
| Total Acres Farmland | 0.00 |
| Farmland Value | $0 |
| Measured Acreage | 0.00 |
| Avg Farmland Value/Acre | 0.0 |
| Value of Farmland | $0 |
| Classified Total | $0 |
| Farm / Classifed Value | $0 |
| Homesite(s) Value | $0 |
| 91/92 Value | $0 |
| Supp. Page Land Value | |
| CAP 1 Value | $136,900 |
| CAP 2 Value | $0 |
| CAP 3 Value | $0 |
| **Total Value** | **$136,900** |

75-03-01-303-135.000-009　　Haug Robert W & Anita K　　8025 N TIPPECANOE DR　　510, 1 Family Dwell - Platted Lot　　Koontz Lake - E. Lakefront　　2/2

USDC IN/ND case 2:23-cv-00165-PPS-JPK   document 12-1   filed 08/25/23   page 2 of 2

## General Information

| | |
|---|---|
| Occupancy | Single-Family |
| Description | Single-Family |
| Story Height | 2 |
| Style | Multi-Story |
| Finished Area | 2832 sqft |
| Make | |

### Floor Finish

- [ ] Earth
- [ ] Slab
- [x] Sub & Joist
- [x] Wood
- [ ] Parquet
- [ ] Tile
- [x] Carpet
- [ ] Unfinished
- [ ] Other

### Wall Finish

- [x] Plaster/Drywall
- [ ] Paneling
- [ ] Fiberboard
- [ ] Unfinished
- [ ] Other

### Roofing

- [ ] Built-Up
- [ ] Metal
- [ ] Asphalt
- [ ] Slate
- [ ] Tile
- [ ] Wood Shingle
- [ ] Other

## Exterior Features

| Description | Area | Value |
|---|---|---|
| Wood Deck | 828 | $11,200 |
| Patio, Concrete | 168 | $1,000 |
| Balcony | 240 | $3,000 |
| Patio, Concrete | 480 | $2,600 |
| Porch, Open Frame | 120 | $5,800 |
| Balcony | 80 | $1,900 |

## Plumbing

| | # | TF |
|---|---|---|
| Full Bath | 3 | 9 |
| Half Bath | 0 | 0 |
| Kitchen Sinks | 1 | 1 |
| Water Heaters | 1 | 1 |
| Add Fixtures | 0 | 0 |
| Total | 5 | 11 |

## Accommodations

| | |
|---|---|
| Bedrooms | 3 |
| Living Rooms | 1 |
| Dining Rooms | |
| Family Rooms | |
| Total Rooms | 8 |

## Heat Type

Central Warm Air

## Specialty Plumbing

| Description | Count | Value |
|---|---|---|

## Cost Ladder

| Floor | Constr | Base | Finish | Value | Totals |
|---|---|---|---|---|---|
| 1 | 1Fr | 1080 | 1080 | $84,000 | |
| 2 | 1Fr | 1752 | 1752 | $58,900 | |
| 3 | | | | | |
| 4 | | | | | |
| 1/4 | | | | | |
| 1/2 | | | | | |
| 3/4 | | | | | |
| Attic | | | | | |
| Bsmt | | 1080 | 0 | $27,800 | |
| Crawl | | | | | |
| Slab | | | | | |
| | | | **Total Base** | | $170,700 |
| **Adjustments** | | | 1 Row Type Adj. x 1.00 | | $170,700 |
| Unfin Int (-) | | | | | $0 |
| Ex Liv Units (+) | | | | | $0 |
| Rec Room (+) | | | 3:936 | | $11,000 |
| Loft (+) | | | | | $0 |
| Fireplace (+) | | | PO:2 | | $3,200 |
| No Heating (-) | | | | | $0 |
| A/C (+) | | | 1:1080 2:1752 | | $5,800 |
| No Elec (-) | | | | | $0 |
| Plumbing (+ / -) | | | 11 – 5 = 6 x $800 | | $4,800 |
| Spec Plumb (+) | | | | | $0 |
| Elevator (+) | | | | | $0 |
| | | | **Sub-Total, One Unit** | | $195,500 |
| | | | **Sub-Total, 1 Units** | | |
| Exterior Features (+) | | | | $25,500 | $221,000 |
| Garages (+) 672 sqft | | | | $19,600 | $240,600 |
| | | | Quality and Design Factor (Grade) | | 1.05 |
| | | | Location Multiplier | | 0.94 |
| | | | **Replacement Cost** | | **$237,472** |

## Summary of Improvements

| Description | Res Eligibl | Story Height | Construction | Grade | Year Built | Eff Year | Eff Age | Cond | Base Rate | LCM | Adj Rate | Size | RCN | Norm Dep | Remain. Value | Abn Obs | PC | Nbhd | Mrkt | Improv Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: Single-Family | 100% | 2 | Wood Frame | C+1 | 2017 | 2017 | 6 | A | | 0.94 | | 3,912 sqft | $237,472 | 5% | $225,600 | 0% | 100% | 2.0700 | 1.0000 | $467,000 |

| | Total all pages | $467,000 | | Total this page | $467,000 |
|---|---|---|---|---|---|