DocuSign Envelope ID: 58D9DA97-8083-472B-92F9-D1DD07B6C2EA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT WAYNE HAUG and ANITA HAUG, <br>    Plaintiffs, <br><br> v. <br><br> COUNTY OF STARKE, <br>    Defendant. | ) ) ) ) ) ) ) ) )    Cause No.: 2:23-cv-165 |

## AFFIDAVIT OF ANITA HAUG

I, ANITA HAUG, under penalty of perjury as provided in 28 U.S.C. § 1746, state as follows:

1. I am over 18 years of age, have personal knowledge of the facts set forth in this Affidavit, and if called as a witness, I could testify competently thereto.

2. My husband, Robert Wayne Haug, and I purchased the real property located at 8025 N. Tippecanoe Dr., Walkerton, Indiana 46574 (the "Subject Property") on July 18, 2016.

3. On or about Summer 2021, Starke County began placing and/or moving sand directly along the lake where the Subject Property had previously connected to Koontz Lake.

4. On or about Summer 2021, Starke County also removed/destroyed grass along the frontage of the Subject Property adjacent to Koontz Lake.

5. From July 2022 to September 2022, Starke County continued to destroy grass along the waterfront of the Subject Property to extend a sandy area.

6. Starke County now advertises the area built up along the waterfront as a public beach, Kramer Beach, with signage being placed on Highway 23 on or about February 2023 to that effect.

7. My understanding is that prior ownership had always permitted individuals to use the area along the waterfront of the Subject Property as a beach, but never deeded over any rights to the public to that effect.

8. Due to harassment from certain beachgoers, my husband and I felt we could no longer maintain this open-use permitted by prior ownership.

9. After we made our intentions clear that we would no longer be allowing public access to our property, Starke County began the aforementioned activities, declaring it now a public beach.

10. Exhibit 1 is a true and accurate copy of the Property Card we received from Starke County for the Subject Property.

11. Exhibits 2, 3, and 4, are true and accurate copies of the Property Cards for other properties in Starke County.

I affirm, under the penalties for perjury, that the foregoing representations are true.

FURTHER AFFIANT SAYETH NAUGHT.
Dated this 25th day of August, 2023.

*Anita Haug*
Anita Haug