IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT WAYNE HAUG and ANITA HAUG, <br>     Plaintiffs, <br><br> v. <br><br> COUNTY OF STARKE <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Cause No.: 2:23-cv-165 <br> ) <br> ) <br> ) |

**NOTICE OF MEDIATOR SELECTION**

Comes now, the Plaintiffs, Robert Wayne Haug and Anita Haug (hereinafter collectively, "the Haugs"), by counsel, and the Defendant, County of Starke, by counsel, and state as follows:

1. Pursuant to this Court's Order, the Parties are to provide notice of mediator selection no later than August 6, 2024. (Dkt. 19).

2. The Parties have conferred and jointly agree to Richard McDevitt as mediator in this matter.

3. Plaintiffs' counsel has discussed the matter with McDevitt Mediation Center and secured potential times and availability for mediation.

                                                Respectfully Submitted,

/s/ Scott Seville                                      /s/ Sean M. Surrisi
Scott Seville, #36075-45                        Sean M. Surrisi, #25829-71
Robbins and Seville, LLC                    Wyland, Humphrey, Clevenger & Surrisi LLP
714 N. Main Street                                319 West Jefferson Street
Crown Point, IN 46307                         P.O. Box 158
o 219.333.2376 | m 219.333.2375       Plymouth, IN 46563
scott.seville@roseattorneys.com            o 574.936.2169 | f 574.936.2642
*Attorney for Plaintiffs*                          sean@whwclaw.com
                                                           *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 6, 2024, I electronically filed the foregoing with the Clerk of the Court using an electronic filing system which sent notification of such filing to all parties or their counsel of record.

      /s/ Scott Seville
      Scott Seville