UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT WAYNE HAUG, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 2:23-cv-00165 |
| ) | |
| COUNTY OF STARKE, ) | |
| ) | |
| Defendant. ) | |

## REPORT OF MEDIATOR: NO AGREEMENT

Comes now Richard F. McDevitt, duly appointed Mediator in this cause, and informs the Court that Mediation was held on December 20, 2024, and that an Agreement was NOT reached by the parties.

Respectfully submitted,
**McDEVITT MEDIATION CENTER**
By: */s/Richard F. McDevitt*, **Mediator**
Attorney No. 10870-45
1435 East 85th Avenue
Merrillville, IN  46410
(219) 472-8350
rfm@mcdevittmediations.com

## CERTIFICATE OF SERVICE

I certify that on December 27, 2024, service of a true and complete copy of the above pleading was made upon each party or attorney of record herein by depositing the same in the United States mail in envelopes properly addressed with sufficient first-class postage affixed, and/or by the Court's electronic case filing (ECF) system.

s/Richard F. McDevitt, Mediator